

# ADDENDUM ___2___

**(e.g. A, B, C, etc.)**

### Rhode Island Association of REALTORS®

**This Addendum is made between the following parties:**

**NAME(S)** MICHAEL BEGIN

(Check one) ☐ Buyer  ☑ Seller  ☐ Tenant  ☐ Landlord  ☐ Broker or Authorized Person

**NAME(S)** Opendoor Property Acquisition LLC and/or nominee

(Check one) ☑ Buyer  ☐ Seller  ☐ Tenant  ☐ Landlord  ☐ Broker or Authorized Person

**PROPERTY ADDRESS:** 18 Sherwood Dr, Westerly, RI 02891

**DATE OF AGREEMENT:** 05/25/2026

In reference to the ___Single Family Purchase and Sales___ Agreement ("Agreement"), the undersigned agree to the following:

Close of escrow to be on or before Tuesday, June 9th, 2026
Extended Closing Fee is amended to $0.

This Addendum amends and/or supersedes, as applicable, any conflicting or inconsistent provisions of the Agreement. All other consistent provisions of the Agreement remain in full force and effect.

This Addendum is intended to be attached to the original contract prior to all parties signing it.

**By signing below, the parties acknowledge that they have read and understand this Addendum and received a copy of it.**

### NOTICE: THIS IS A LEGAL DOCUMENT THAT CREATES BINDING OBLIGATIONS.
### IF NOT UNDERSTOOD, CONSULT AN ATTORNEY.

| | | |
|---|---|---|
| *MICHAEL BEGIN* | MICHAEL BEGIN | 05 / 26 / 2026 |
| SIGNATURE | PRINTED NAME | DATE |
| | | |
| SIGNATURE | PRINTED NAME | DATE |
| | | |
| SIGNATURE | PRINTED NAME | DATE |
| *Brad Bonney* | Brad Bonney | 05/26/2026 |
| SIGNATURE | PRINTED NAME | DATE |
| authorized signer on behalf of Opendoor Property Acquisition LLC and/or nominee | | |
| SIGNATURE | PRINTED NAME | DATE |

This entire form is licensed for the exclusive use of members in good standing of the Rhode Island Association of REALTORS® and is protected by federal and state copyright law. Unauthorized use of this form is prohibited and can result in civil and criminal penalties. *All rights reserved. Copyright© 2022.*   Rev.   10/22

Opendoor Brokerage LLC, 410 N Scottsdale Road S 1600 Tempe AZ 85288                Phone: (480) 351-6622    Fax:                rhode island
Daniel Beirne                        Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201   www.lwolf.com

Doc ID: a784771977e1e9f6a848ba857ddbff5fe2a8c94f

![Dropbox Sign]                                                          Audit trail

| | |
|---|---|
| **Title** | RI ACQ Generic Addendum |
| **File name** | Blank_Addendum_-_1022_ts30412.pdf |
| **Document ID** | a784771977e1e9f6a848ba857ddbff5fe2a8c94f |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

This document was signed on consumer.opendoor.com

## Document history

**SENT**
05 / 26 / 2026
15:14:13 UTC-7
Sent for signature to MICHAEL BEGIN (2596michael@gmail.com)
from admin@opendoor.com
IP: 18.206.6.164

**VIEWED**
05 / 26 / 2026
15:15:37 UTC-7
Viewed by MICHAEL BEGIN (2596michael@gmail.com)
IP: 32.223.99.162

**SIGNED**
05 / 26 / 2026
15:16:18 UTC-7
Signed by MICHAEL BEGIN (2596michael@gmail.com)
IP: 32.223.99.162

**COMPLETED**
05 / 26 / 2026
15:16:18 UTC-7
The document has been completed.

Powered by Dropbox Sign