# United States Bankruptcy Court
## District of Rhode Island
### Proceeding Memorandum / Order of Court

_____

In Re:  Michael J. Begin                    Case Number: 26-10476                    Ch:  7

**MOVANT/APPLICANT/PARTIES:**

Motion for Emergency Determination re: Emergency Motion To Restrain the Secured Creditor from Foreclosing on the Debtor's Residence and Motion to Reimpose the Automatic Stay (Doc. #4, the "Motion")

**OUTCOME:**

__ Granted __ Denied __ Approved __ Sustained

__ Moot __ Denied without prejudice __ Withdrawn in open court __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

                        Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____ __ No appearance / response by: _____

X DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor is ordered to provide the Chapter 7 Trustee and the United States Trustee with copies of the Debtor's agreement with STOP ACTION PRO and the letter referenced at the hearing held June 3, 2026 by close of business June 5, 2026. By the same date and time, the Debtor shall also provide the Chapter 7 Trustee with a copy of the addendum to the purchase and sale agreement.

                IT IS SO ORDERED:

                                John A. Dorsey, Jr.

        Date: 6/4/26        U.S. Bankruptcy Judge