UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF RHODE ISLAND

IN RE: Michael J. Begin

           Debtor

CHAPTER 7
Case No. 26-10476

**DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY**

Now come the Debtor in the above-entitled matter, by and through his attorney, and respectfully moves this Honorable Court, pursuant to 11 U.S.C. § 554(b) and Federal Rule of Bankruptcy Procedure 6007(b) for an order to order the Chapter 7 Trustee, Joseph M. DiOrio, (the "Trustee") to abandon the real property located at 18 Sherwood Drive, Westerly, RI 02891(the "Property"). The Property is of inconsequential value and benefit to the estate. The administration of the Property will yield no benefit to creditors and will impose unnecessary administrative costs. For these reasons, the Court should grant this Motion and order the Trustee to abandon the Property to the Debtor.

I.    Statement of Facts

    A.    The Bankruptcy Filing and Estate Property. On May 27, 2026, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Debtor listed the Property as an asset of the bankruptcy estate on Schedule A/B. The Debtor claimed an exemption in the Property pursuant to R.I.G.L. Section 9-26-4.1 in the amount of $81,184.48.  The Trustee was appointed on May 27, 2026.

    B.    The Property and Encumbrances

    The Property is a single-family residence consisting of approximately 0.87 acres, located at 18 Sherwood Drive, Westerly, RI 02891. The Property is encumbered by a first mortgage held by U.S. Bank Trust National Association, in the total approximate amount of $585,000.00.

    [The Debtor's best estimate of the Property's current fair market value is $617,000.00, based on a recent purchase and sales agreement. The first lien held by U.S. Bank Trust National Association secures a debt of approximately $585,000.00.

    After deducting the secured debt and estimated costs of sale of fair market value, along with the Debtor's exemption, the Property has no equity available for distribution to unsecured creditors or administrative expenses.

C.    Status of Property Administration

The Trustee has expressed no interest in administering the property and has informed the Debtor's attorney that he will not be objecting to this motion to abandon. The Property remains in the Debtor's possession, and the Debtor has continued to maintain the Property and has a purchase and sales agreement pending.

**Summary**: The Property is of inconsequential value and benefit to the estate. The Property generates no equity for unsecured creditors and imposes administrative burdens without corresponding benefits. Speculative theories of value do not preclude abandonment. Compelling abandonment serves the interests of justice, judicial economy, and the policies underlying Section 554(b).

WHEREFORE, the Debtor respectfully requests that this Honorable Court move the Chapter 7 Trustee to abandon the subject real estate as set forth above, together with any and all other relief this Court shall deem just and proper.

Dated: July 12, 2026

Michael J. Begin
By his attorney,

/s/David L. Graham

_____
David L. Graham, Esq., #3034
840 Smithfield Avenue
Lincoln, RI 02865
(401) 861-4056
(401) 475-3822
**DGraham554@aol.com**

## CERTIFICATE OF SERVICE

I, DAVID L. GRAHAM, ESQ., hereby certify that I have sent a copy of this **DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY**, by ECF transmission, to each of the below listed parties on the 12th day of July, 2026.

Parties served:

Joseph M. DiOrio, Chapter 7 Trustee

Office of the U.S. Trustee

Patricia Antonelli, Esq.

/s/ David L. Graham, Esq.