UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF RHODE ISLAND

IN RE: Michael J. Begin
                Debtor

CHAPTER 7
Case No. 26 -10476

**EMERGENCY MOTION BY DEBTOR TO CONSIDER MOTION TO DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY**

Now Comes the Debtor, Michael J. Begin, by and through the undersigned counsel, and hereby respectfully moves this Court to grant emergency consideration to the Debtor's motion to compel the Chapter 7 trustee to abandon real property, said motion filed prior hereto. In support of this Motion, Debtor states as follows:

## BACKGROUND

1.  On May 27, 2026 the Debtor filed a Chapter 7 petition for relief.  Prior thereto, the Debtor signed a purchase and sales agreement with Opendoor Property Acquisition LLC to sell the Debtor's real estate located at 18 Sherwood Drive, Westerly, RI 02891. At the same time, the secured lender began foreclosure proceedings, which necessitated the Debtor to file the instant Chapter 7 bankruptcy proceeding.

2.  The Chapter 7 trustee has stated that he will not be opposing the Debtor's Motion to Compel the Chapter 7 trustee to abandon the above real estate.  The proposed Buyer of the real estate is awaiting the abandonment of the real estate in order to close.  In addition, the payoff and costs due to the secured lender increases every day.

WHEREFORE, the Debtor respectfully requests that this Court:

1. grant emergency consideration of the Motion to Compel the Chapter 7 trustee to abandon the above real estate.

2. grant any further relief this Honorable Court shall deem just and proper.

Dated: July 12, 2026

> Michael J. Begin
> By his attorney,
>
> /s/David L. Graham
>
> _____
> David L. Graham, Esq., #3034
> 840 Smithfield Avenue
> Lincoln, RI 02865
> (401) 861-4056
> (401) 475-3822
> **DGraham554@aol.com**

## CERTIFICATE OF SERVICE

I, DAVID L. GRAHAM, ESQ., hereby certify that I have sent a copy of this **EMERGENCY MOTION BY DEBTOR TO CONSIDER MOTION TO DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY**, by ECF transmission, to each of the below listed parties on the 12th day of July, 2026.

Parties served:

Joseph M. DiOrio, Chapter 7 Trustee

Office of the U.S. Trustee

Patricia Antonelli, Esq.

> /s/ David L. Graham, Esq.